UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **JUAN CARLOS CHAVELAS DIEGO,** | § § § | |
| *Petitioner*, | § § | |
| v. | § § | |
| **WARDEN, EL PASO PROCESSING CENTER; RUSSELL HOTT, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, CHICAGO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, U.S. ATTORNEY GENERAL; and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,** | § § § § § § § § § § § § § § § § | No.  3:26-CV-00446-LS |
| *Respondents*. | § § | |

## ORDER FOR SERVICE

Petitioner Juan Carlos Chavelas Diego challenges his custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] His petition raises issues which require Respondents to show cause why the court should not grant the relief Petitioner seeks.[2]

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the government's need to review its records, the Court will extend the show-cause deadline pursuant to 28 U.S.C. § 2243.

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

2

Respondents shall show cause by **March 9, 2026**, why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 17, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**